**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAMELA J. ROBBINS,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of the<br>Social Security Administration,<br><br>        Defendant. | ) No. CV 13-7307-AS<br>)<br>)   **JUDGMENT**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

    IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: December 11, 2014.

                                          _____/s/_____
                                                   ALKA SAGAR
                                       UNITED STATES MAGISTRATE JUDGE